IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAUNNA ECHOLS                                                          PLAINTIFF

VS.                         CASE NO. 3:16CV00214 PSH

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                                 DEFENDANT

## ORDER

Defendant Nancy A. Berryhill ("Berryhill"), in her unopposed motion to reverse and remand (docket entry no. 15) requests this case be reversed and remanded for further administrative proceedings. For good cause, the unopposed motion to reverse and remand is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE