IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHAUNNA ECHOLS                                                         PLAINTIFF

VS.                             CASE NO. 3:16CV00214 PSH

NANCY A. BERRYHILL,
Acting Commissioner, Social
Security Administration                                                DEFENDANT

# JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 27th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE